IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02309-BNB

WALTER ORLANDO MANCIA RIVERA, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

CARNICERIA Y VERDULERIA GUADALAJARA INC., and
SERGIO EVANGESLISTA,

    Defendants.

## ORDER DENYING MOTION FOR RESTRICTED ACCESS

On August 28, 2013, Plaintiff, through counsel, filed a motion titled "Unopposed Motion for Leave to File Plaintiff's Motion and Declaration for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as a Restricted Document – Level 2" (ECF No. 5). On September 3, 2013, the Court entered an order (ECF No. 7) allowing Plaintiff ten days in which to file an amended motion to restrict access that complied with Rule 7.2 of the Local Rules of Practice for this Court concerning public access to documents and proceedings. The September 3 order warned Plaintiff that failure to file an amended motion to restrict access in compliance with D.C.COLO.LCivR 7.2 would result in the denial of the motion to restrict access filed on August 28.

Plaintiff has failed within the time allowed to file an amended motion to restrict access in compliance with D.C.COLO.LCivR 7.2, or otherwise to communicate in any way with the Court in response to the September 3 order.

Accordingly, it is

ORDERED that the motion titled "Unopposed Motion for Leave to File Plaintiff's

2

Motion and Declaration for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as a Restricted Document – Level 2" (ECF No. 5) that Plaintiff filed through counsel on August 28, 2013, is denied.

DATED September 17, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge