IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02309-REB-MJW

WALTER ORLANDO MANCIA RIVERA, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

CARNICERIA Y VERDULERIA GUADALAJARA INC and
SERGIO EVANGELISTA,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Unopposed Motion to Vacate and Reschedule 12/9/13 Scheduling Conference (Docket No. 25) is GRANTED.  The Scheduling Conference set for December 9, 2013 at 9:30 a.m. is VACATED.  The Scheduling Conference is RESET for January 14, 2014 at 11:00 a.m.

Date: November 19, 2013
_____