IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02309-REB-MJW

WALTER ORLANDO MANCIA RIVERA, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

CARNICERIA Y VERDULERIA GUADALAJARA INC and
SERGIO EVANGELISTA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendants' Unopposed Motion to Place Case in Suspense to Allow the Parties to Continue there [sic] Settlement Negotiations (Docket No. 28) is GRANTED.  All case deadlines in this matter are STAYED.  The parties shall file a joint status report on or before December 17, 2013.  The Scheduling Conference set for January 14, 2014 at 11:00 a.m. remains set.

Date: December 2, 2013