IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02309-REB-MJW

WALTER ORLANDO MANCIA RIVERA, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

CARNICERIA Y VERDULERIA GUADALAJARA INC and
SERGIO EVANGELISTA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Unopposed Motion to Vacate the 1/14/14 Scheduling Conference (Docket No. 38) is GRANTED. The Scheduling Conference set for January 14, 2014 at 2:00 p.m. is VACATED.

It is FURTHER ORDERED that the court will hold a Status Conference in this matter on January 14, 2014 at 2:00 p.m. Counsel for both parties shall appear in person.

Date: January 2, 2014