IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02309-REB-MJW

WALTER ORLANDO MANCIA RIVERA, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

CARNICERIA Y VERDULERIA GUADALAJARA INC and
SERGIO EVANGELISTA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the parties' Joint Motion to Stay Scheduling Order Deadlines, Vacate Trial, and Extend FLSA Tolling While the Parties Pursue Settlement (Docket No. 63) is DENIED, finding no good cause shown. The parties are reminded that nothing prevents them from settling the case throughout the litigation process-- including during discovery, motions practice, and trial preparation.

Date: September 23, 2014