**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.  13-cv-02309-REB-MJW          FTR - Courtroom A-502

**Date:**   September 30, 2014                         Courtroom Deputy, Ellen E. Miller

   *Parties*                                          *Counsel*

WALTER ORLANDO MANCIA RIVERA,                Alexander N. Hood
on behalf of himself and all others similarly situated,    Edward F. Siegel

         Plaintiff(s),

v.

CARNICERIA Y VERDULERIA GUADALAJARA INC     Robert L. Pitler
and
SERGIO EVANGELISTA,

         Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

---

**HEARING**:     **STATUS   CONFERENCE**
**Court in Session:**    3:00  p.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed. Parties advise the Court that mediation is tentatively scheduled
on November 03, 2014 with attorney Todd McNamara.  In light of the additional information
provided to the Court, the Court reconsiders its ruling of September 23, 2014.

**It is ORDERED:**     The Court Order [Docket No. 65, filed September 23, 2014] DENYING the
                        parties' Joint Motion to Stay Scheduling Order Deadlines, Vacate
                        Trial, and Extend FLSA Tolling While the Parties Pursue Settlement
                        [Docket No. 63, filed September 23, 2014] is **VACATED**.
                        The parties' Joint Motion to Stay Scheduling Order Deadlines,
                        Vacate Trial, and Extend FLSA Tolling While the Parties Pursue
                        Settlement [Docket No. **63**, filed September 23, 2014] is hereby
                        **GRANTED IN PART AND DENIED IN PART**  for reasons as set forth on
                        the record.

The motion is GRANTED as to the **stay of  the Scheduling Order** and the **FLSA tolling.**
The Motion is DENIED in that the Final Pretrial Conference, Trial Preparation Conference, and
Trial dates are set before Judge Robert E. Blackburn and the parties anticipate filing a motion to
vacate those dates to be decided by Judge Blackburn.

**It is ORDERED:**       A   **STATUS CONFERENCE** is set  **NOVEMBER 17, 2014 at 9:30 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.

Topics of discussion will include (1) status of case after mediation (2) if the case is not settled,
any amendments to the Scheduling Order needed.


HEARING CONCLUDES.

**Court in recess:**   3:13 p.m.
Total In-Court Time:   00:13