**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02309-REB-MJW

WALTER ORLANDO MANCIA RIVERA, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

CARNICERIA Y VERDULERIA GUADALAJARA INC, and
SERGIO EVANGELISTA,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

This matter is before me on the **Notice of Final Accounting of Class Fund by Settlement Administrator** [#91],[1] filed December 31, 2015. After careful review of the notice and the file, I conclude that the notice should be approved and that this case should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Final Accounting of Class Fund by Settlement Administrator** [#91], filed December 31, 2015, is approved;

2. That under **D.C.COLO.LCivR** 41.2, this action is closed administratively; and

3. That under **D.C.COLO.LCivR** 41.2, the clerk of the court is directed to close this civil action administratively, subject to reopening for good cause.

---

[1] "[#91]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated January 11, 2016, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge